IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
 *Plaintiff-Appellee,*

v.

LATRICE MALIKA DE BRUHL-DANIELS,
 *Defendant-Appellant.*

No. 22-20650

**Joint Motion to File Supplemental Briefing Addressing**
***Fischer v. United States*, 603 U.S. —, — S. Ct. —, 2024 WL 3208034 (June 28, 2024) (No. 23-5572)**

 The United States and Latrice Malika De Bruhl-Daniels ("DeBruhl") request permission from this court to file supplemental briefing addressing the impact of *Fischer v. United States*, 603 U.S. —, — S. Ct. —, 2024 WL 3208034 (June 28, 2024) (No. 23-5572) on the instant case. The parties make this request for the following reasons:

 1. After a seven-day trial, a jury found DeBruhl guilty of corruptly obstructing, influencing, or impeding an official proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2 (Counts 15, and 36–37); receiving an illegal gratuity as a public official, in violation of 18 U.S.C. §§ 201(c)(1)(B) and 2 (Counts 29); making false statements, in violation

of 18 U.S.C. § 1001(a) (Counts 21–24 and 32–34); and making a false entry in a record with intent to impede, obstruct and influence the investigation and proper administration of a matter within federal jurisdiction, in violation of 18 U.S.C. § 1519 and 2 (Count 35). With respect to Count 24, the jury found that the offense involved international terrorism. The district court sentenced DeBruhl to various terms on each count for an aggregate term of 108 months of imprisonment.

2. DeBruhl raises three issues on appeal. Specifically, in Issue III, DeBruhl asserts that "the district court erred in denying her motion to dismiss Counts 15 and 36–37 for failing to state offenses under 18 U.S.C. § 1512(c)(2), when those counts alleged acts that bore no relationship to the specific acts of spoliation covered by § 1512(c)(1)." Appellant Br. 35–52 (quote at 35); *see also* Appellant Reply 11–17.

3. While the instant case was pending, the Supreme Court granted certiorari in *Fischer* to address the scope of 18 U.S.C. § 1512(c). Due to the similarity of the central issue presented in *Fischer* and Issue III on appeal, the parties informed this Court of *Fischer* and its likely impact this Court's assessment of this case. *Fischer* remained pending when this Court held oral argument in the instant case on April 30, 2024.

During argument, the panel requested that the parties confine their arguments to Issues I and II and noted that supplemental briefing may be needed on Issue III after the Supreme Court issued *Fischer*.

4. The Supreme Court issued *Fischer* on June 28, 2024, and DeBruhl filed a Fed. R. App. P. 28(j) letter on it. However, the limitations of Rule 28(j) do not allow the parties to adequately address the opinion and its application to the facts of this case. Accordingly, the parties request that this Court allow them to file supplemental briefing addressing the impact of *Fischer* on Issue III. The parties request that briefing be limited to 10 pages and filed by July 19, 2024.

                                          Respectfully submitted,

| | |
|---|---|
| MARJORIE A. MEYERS | ALAMDAR S. HAMDANI |
| Federal Public Defender | United States Attorney |
| Southern District of Texas | |
| | s/ Anna E. Kalluri |
| s/ Scott A. Martin | ANNA E. KALLURI |
| SCOTT A. MARTIN | Assistant United States Attorney |
| Assistant Federal Public Defender | United States Attorney's Office |
| Attorneys for Appellant | Southern District of Texas |
| 440 Louisiana Street, Suite 1350 | 1000 Louisiana, Suite 2300 |
| Houston, Texas 77002-1056 | Houston, Texas 77002 |
| Telephone: (713) 718-4600 | (713) 567-9102 |
| | |
| | ATTORNEYS FOR APPELLEE |

## CERTIFICATE OF CONFERENCE

Appellant's counsel, AFPD Scott Martin, is unopposed to and joins this motion.

## CERTIFICATE OF SERVICE

I, Assistant United States Attorney Anna E. Kalluri, hereby certify that on July 9, 2024, an electronic copy of "Joint Motion to File Supplemental Briefing Addressing *Fischer v. United States*, 603 U.S. —, — S. Ct. —, 2024 WL 3208034 (June 28, 2024) (No. 23-5572)" was served by notice of electronic filing via this Court's CM/ECF system upon opposing counsel, AFPD Scott Martin.

s/Anna E. Kalluri
ANNA E. KALLURI
Assistant United States Attorney
Dated: July 9, 2024

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 478 words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5. This document has been scanned for viruses with the most recent version of McAfee Endpoint Security and is free of viruses.

          s/Anna E. Kalluri
          ANNA E. KALLURI
          Assistant United States Attorney
          Dated: July 9, 2024